IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Smith, Darnell | Case Number: 07 B 09361 |
|---|---|
|  | Judge: Hollis, Pamela S |
| Printed: 1/29/08 | Filed: 5/23/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 5, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,244.18 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 1,244.18 |
| Totals: | 1,244.18 | 1,244.18 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Nuvell Credit Company LLC | Secured | 0.00 | 0.00 |
| 2. | AMC Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | AMC Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 4. | Deutsche Bank National | Secured | 16,146.46 | 0.00 |
| 5. | Nuvell Credit Company LLC | Unsecured | 15,498.91 | 0.00 |
| 6. | Nicor Gas | Unsecured | 1,221.41 | 0.00 |
| 7. | Midland Credit Management | Unsecured | 284.28 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 2,810.00 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 97.93 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 901.57 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 50.22 | 0.00 |
| 12. | American Collection Corp | Unsecured |  | No Claim Filed |
| 13. | Property Corp Of Amer | Unsecured |  | No Claim Filed |
| 14. | Commonwealth Edison | Unsecured |  | No Claim Filed |
|  |  |  | $ 37,010.78 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Smith, Darnell

Printed:  1/29/08

Case Number:  07 B 09361
Judge:  Hollis, Pamela S
Filed:  5/23/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

